JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS MABLE PIKE,<br><br>    Plaintiff,<br><br>    v.<br><br>HOBBY LOBBY STORES, INC., et al.,<br><br>    Defendants. | Case No. CV 22-1889-GW-RAOx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: May 31, 2022

*[signature]*

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE